**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1190**

JAMES WASHINGTON,

       Plaintiff - Appellant,

   v.

GIANT OF MARYLAND, LLC,

       Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:13-cv-02599-PWG)

Submitted: July 21, 2015          Decided: July 23, 2015

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dmitry Balannik, TOUCHSTONE LAW FIRM, LLC, Rockville, Maryland for Appellant. Marianne Hogan, MORGAN, LEWIS & BOCKIUS LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Washington appeals the district court's dismissal of his action as barred by the applicable six-month statute of limitations set forth in 29 U.S.C. § 160(b) (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. See Fed. R. App. P. 28(a)(8); Edwards v. City of Goldsboro, 178 F.3d 231, 241 n.6 (4th Cir. 1999) (stating that failure to raise claim and support argument in opening brief "triggers abandonment of that claim on appeal").

Because Washington's brief does not challenge the basis for the district court's disposition of his federal claims, he has forfeited appellate review of the district court's order. As to Washington's argument for the exercise of supplemental jurisdiction under 28 U.S.C. § 1367 (2012), we reject this argument for the reasons stated by the district court. Washington v. Giant of Md., LLC, No. 8-13-cv-02599-PWG (D. Md. Feb. 6, 2015).

Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED